**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1085**

In re:  JOHN DOE,

  Petitioner.

On Petition for Writ of Mandamus.  (7:01-cr-00027-M-1)

Submitted:  March 21, 2023                    Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

John Doe, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Doe petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motions for relief under the First Step Act. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, while we grant Doe leave to proceed by pseudonym, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*